# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FIELDTURF USA, INC.,** § § | |
| Plaintiff, § § | |
| vs. § § | No. 1:15-cv-11442 |
| § | Hon. Edmond E. Chang |
| **AVTURF L.L.C.,** *et al.*, § § | |
| Defendants. § | |

## STIPULATION REGARDING DEFENDANT AVTURF L.L.C'S ANSWER DATE

Plaintiff FieldTurf USA, Inc. (FieldTurf) hereby stipulates and agrees that Defendant AvTurf L.L.C. (AvTurf) shall have until February 2, 2016, to move, answer, or otherwise respond to FieldTurf's Complaint in this action.

Dated: January 11, 2016

Respectfully submitted

By: /s/ Kevin Warner
Michael L. Brody
Kevin E. Warner
Erin Solomon
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorneys for Plaintiff FieldTurf USA, Inc.*