# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **FIELDTURF USA, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | No. 1:15-cv-11442 |
| § | Hon. Edmond F. Change |
| **AVTURF L.L.C.,** *et al.*, § | |
| § | |
| Defendants. § | |

## **STIPULATION REGARDING DEFENDANT AVTURF L.L.C'S ANSWER DATE**

Plaintiff FieldTurf USA, Inc. (FieldTurf) hereby stipulates and agrees, subject to the Court's approval, that Defendant AvTurf L.L.C. (AvTurf) shall have until February 23, 2016, to move, answer, or otherwise respond to FieldTurf's Complaint in this action. The extension is needed to provide the parties adequate time to try resolve the dispute amicably.

Dated: January 28, 2016

Respectfully submitted

By: /s/ Kevin Warner
Michael L. Brody
Kevin E. Warner
Erin Solomon
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
*Attorneys for Plaintiff FieldTurf USA, Inc.*