**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIELDTURF USA, INC., | § § | |
| Plaintiff, | § § | No. 1:15-cv-11442 |
| vs. | § § | Hon. Edmond E. Chang |
| ACT GLOBAL AVTRUF, INC., | § § | |
| Defendant. | § | |

**[PROPOSED] ORDER**

This cause coming to be heard on the motion of Plaintiff to extend Plaintiff FieldTurf USA Inc.'s time to respond to Act Global AvTurf Inc.'s Motion to Dismiss, and the Court being advised in the premises, **IT IS HEREBY ORDERED:**

1. FieldTurf USA Inc.'s deadline to respond to Defendant Act Global AvTurf Inc.'s Motion to Dismiss is extended to April 20 from April 6.

Dated this _____ day of _____ 2016.

ENTERED:

_____
HON. EDMOND E. CHANG