**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIELDTURF USA, INC., | ) ) ) ) Case No. 1:15-cv-11442 |
| Plaintiff, | ) |
| | ) Hon. Edmond E. Chang |
| v. | ) |
| | ) |
| AVTURF L.L.C. and ACT GLOBAL AVTURF, INC., | ) ) |
| | ) |
| Defendants. | ) |

**AGREED MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**

Defendant, Act Global AvTurf, Inc. and Plaintiff FieldTurf USA, Inc. (collectively "the parties"), hereby move for the entry of a stipulated dismissal of this case with prejudice. In support of this Motion, the parties state as follows:

1. The parties have entered into a Settlement Agreement which provides for the resolution of this Action without further litigation.

2. A proposed order dismissing the case with prejudice is attached as Exhibit A to this Motion.

WHEREFORE, the parties hereby request that the Court:

    b. Enter the attached Stipulated Dismissal Order; and

    c. Dismiss this action with prejudice, and without attorneys' fees or costs assessed to any party.

Dated: April 20, 2016

      /s/ *Kevin E. Warner*
Michael L. Brody
Kevin E. Warner
Erin Solomon
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
KWarner@winston.com
*Attorneys for Plaintiff FieldTurf USA, Inc.*


  */s/ Kevin Keener*
Kevin Keener
Rishi Nair
KEENER AND ASSOCIATES, P.C.
161 North Clark Street
Suite 4700
Chicago, IL 60601
Telephone: (312) 523-2164
kevin.keener@keenerlegal.com
*Attorneys for Act Global AvTurf, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I electronically filed the foregoing Agreed Motion for Stipulated Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this action.

*/s/ Kevin E. Warner*
Kevin E. Warner